CO-386-online
10/03

# United States District Court
# For the District of Columbia

CUSTOMS & INTERNATIONAL TRADE NEWSLETTER, )
3520 Crystal View Court )
Miami, FL 33133 )
)
)
                               Plaintiff     )    Civil Action No. _____
vs )
)
U.S. CUSTOMS AND BORDER PROTECTION, )
1300 Pennsylvania Ave., NW )
Washington, D.C. 20229 )
)
                               Defendant  )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Customs & International Trade Newsletter__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __None__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

_____
Attorney of Record

_____
Signature

137935
BAR IDENTIFICATION NO.

Peter S. Herrick
Print Name

3520 Crystal View Court
Address

Miami, FL 33133
City    State    Zip Code

305-858-2332
Phone Number