AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CUSTOMS & INTERNATIONAL TRADE
NEWSLETTER,
3520 Crystal View Court
Miami, FL 33133

**SUMMONS IN A CIVIL CASE**

V.

U.S. CUSTOMS AND BORDER PROTECTION,
1300 Pennsylvania Ave., NW
Washington, D.C. 20229

CASE

Case: 1:08-cv-00478
Assigned To: Collyer, Rosemary M.
Assign. Date: 3/20/2008
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

Clerk, U.S. Attorney's Office
District of Columbia, Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter S. Herrick
Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, FL 33133

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON  
CLERK

MAR 20 2008  
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | March 28, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Peter S. Herrick | Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): __U.S. Certified Mail / return receipt__

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0.00 | $5.94 | $5.94 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  04/08/2008
                    Date

Signature of Server
Peter S. Herrick
Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, FL 33133
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk, U.S. Attorney's
    Office
District of Columbia,
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Ernest D. Parker*      ☐ Agent
                           ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   MAR 2 8 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7007 0220 0003 1299 9775

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540