UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CUSTOMS & INTERNATIONAL TRADE NEWSLETTER,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>Defendant. | Civil Action No. 08-0478 (RMC) |

## ANSWER

Defendant, United States Customs and Border Protection ("CBP"), by and through its undersigned attorneys, hereby answers Plaintiff's Complaint as follows:

### FIRST AFFIRMATIVE DEFENSE

This Court lacks subject matter jurisdiction, because CBP has not improperly withheld records under the Freedom of Information Act ("FOIA").

### The Complaint

1.   This paragraph sets forth a characterization of Plaintiff's case, as well as, a legal conclusion, to which no answer is required.  Insofar as an answer may be required, the allegations in this paragraph are denied.

2.   This paragraph sets forth Plaintiff's jurisdictional statement to which no answer required.  Insofar as an answer may be required, the allegations in this paragraph are denied.

3.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph.

4. Defendant admits that CBP is an agency within the United States Department of Homeland Security.

5. Defendant denies that it received a letter dated January 7, 2007, from Peter S. Herrick or Newsletter. Defendant avers that it received a letter dated January 7, 2008, from Peter S. Herrick requesting CBP to provide the names and addresses of companies who are the subject of CBP's Beef Hormone Implementation Directive for the period July 1, 2007, through December 31, 2007, pursuant to the FOIA.

6. Defendant admits that as of the date Plaintiff's complaint was filed no response had been sent to Plaintiff by CBP. Defendant avers that it responded to Plaintiff's FOIA request on April 15, 2008.

7. Defendant denies that it received a FOIA appeal dated February 8, 2007, from Peter S. Herrick. Defendant avers that it received a FOIA appeal dated February 8, 2008, from Peter S. Herrick. Defendant denies the remainder of the allegations contained in this paragraph.

8. Defendant admits that there has been no response to the FOIA appeal dated February 8, 2008.

9. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph.

10. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph.

**Prayer for Relief**

The remainder of Plaintiff's Complaint contains a prayer for relief, to which no answer is necessary, but to the extent that an answer may be deemed necessary, it is denied that Plaintiff is

entitled to any relief.

Except to the extent expressly admitted or qualified above, Defendant CBP denies each and every allegation in the Complaint.

WHEREFORE, Defendant CBP prays for an order: (1) denying Plaintiff's request for relief; and (2) for such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th Street, N.W., Room E4905
Washington, D.C. 20530
(202) 514-7250

Of Counsel:

Susan C. Shama
Staff Attorney
Office of Associate Chief Counsel, Trade and Finance
U.S. Customs and Border Protection