UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CUSTOMS & INTERNATIONAL TRADE NEWSLETTER,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 08-0478 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PROPOSED JOINT BRIEFING SCHEDULE**

The Parties file this proposed joint briefing schedule for dispositive motions in compliance with the Court's Order dated May 2, 2008:

1. Defendant's Dispositive Motion shall be filed on or before June 30, 2008;

2. Plaintiff's Opposition/Cross-Dispositive Motion shall be filed on or before July 15, 2008;

3. Defendant's Opposition/Reply shall be filed on or before July 30, 2008; and

4. Plaintiff's Reply shall be filed on or before August 15, 2008.

Respectfully submitted,

_____/s/_____
PETER S. HERRICK, D.C. Bar # 137935
3520 Crystal View Court
Miami, Florida  33133
(305) 858-2332

ATTORNEY FOR PLAINTIFF

      /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

      /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

      /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th Street, N.W., Room E4905
Washington, D.C. 20530
(202) 514-7250

ATTORNEYS FOR DEFENDANT