UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CUSTOMS & INTERNATIONAL TRADE NEWSLETTER,          ) | |
| Plaintiff,          ) | |
| v.          ) | Civil Action No. 08-0478 (RMC) |
| U.S. CUSTOMS AND BORDER PROTECTION,          ) | |
| Defendant.          ) | |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT
OF TIME TO FILE REPLY AND RESPONSE**

Defendant, the U.S. Bureau of Customs and Border Protection, through its undersigned counsel, hereby respectfully requests an enlargement of time, to and including August 12, 2008, within which to file its reply to Plaintiff's opposition to Defendant's motion for summary judgment and Defendant's response to Plaintiff's cross-motion for summary judgment. Defendant's reply and response are now due July 30, 2008.

This is Defendant's first request for an enlargement of time for this purpose. Plaintiff has consented to this motion.

There is good cause for this motion. This is an action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552. Plaintiff has filed extensive pleadings and declarations in opposition to Defendant's motion for summary judgment and in support of Plaintiff's cross-motion for summary judgment. However, agency counsel is in training and will not return to the office until the week of August 4, 2008. Thus, additional time is needed by undersigned counsel

in order to discuss Plaintiff's filing with agency counsel and prepare Defendant's reply and response. Accordingly, Defendant is requesting an extension of time to and including August 12, 2008, to file its reply and response herein.

For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted.

Respectfully submitted,

 /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

 /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CUSTOMS & INTERNATIONAL TRADE NEWSLETTER,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-0478 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

UPON CONSIDERATION OF Defendant's Consent Motion for An Enlargement of Time to file Defendant's reply to Plaintiff's opposition to Defendant's motion for summary judgment and Defendant's response to Plaintiff's cross-motion for summary judgment, and the entire record, it is this _____ day of July 2008,

**ORDERED** that Defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall have until and including **August 12, 2008**, to file Defendant's reply and response herein.

_____
UNITED STATES DISTRICT JUDGE